AMERICAN SHOPS, INC., PLAINTIFF-RESPONDENT, v. AMERICAN FASHION SHOPS OF JOURNAL SQUARE, INC., DEFENDANT-PETITIONER.

See same case below: 13 *N. J. Super.* 416.

*Mr. Isadore Glauberman,* for the petitioner.

*Mr. Thomas J. Brogan* and *Mr. Louis Dworetz,* for the respondent.

September 10, 1951. Denied.

ANDREW J. ZAHN, PLAINTIFF-PETITIONER, v. DEPARTMENT OF CIVIL SERVICE OF THE STATE OF NEW JERSEY, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 13 *N. J. Super.* 247.

*Mr. Walter D. Van Riper,* for the petitioner.

*Mr. Theodore D. Parsons,* Attorney-General, and *Mr. John W. Griggs,* for the respondents.

September 10, 1951. Granted.